**Motion Granted; Order filed May 23, 2013**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-13-00353-CV

———————

**DREXEL CORPORATION, Appellant**

**V.**

**EDGEWOOD DEVELOPMENT, LTD, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21997**

---

## ORDER

Appellant Drexel Corporation filed a motion for interlocutory appeal pursuant to Texas Civil Practice and Remedies Code section 51.014(f). *See also* Tex. R. App. P. 28.3. The motion is granted. The notice of appeal is deemed to have been filed as of the date of this order. Tex. R. App. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id.* A copy of this order shall be filed with the trial court clerk for the 133rd District Court of Harris County, Texas.

It is so ORDERED.

PER CURIAM